**Electronically Filed
Supreme Court
SCWC-18-0000636
03-JUN-2021
08:19 AM
Dkt. 19 OGMR**

SCWC-18-0000636

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MANUEL SANDOVAL,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000636, CAAP-18-0000637, CAAP-18-0000638,
CASE NOS. 1PC161000563, 1PC151001156, 1PC141001782)

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Ayabe, assigned by reason of vacancy)

Upon consideration of Petitioner/Defendant-Appellant Manuel Sandoval's motion for reconsideration filed on May 27, 2021, and the record and files herein,

IT IS HEREBY ORDERED that the motion is granted. An amended opinion will be filed contemporaneously with this order.

DATED: Honolulu, Hawai'i, June 3, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Bert I. Ayabe

